# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ray, II, William M. | United States District Court for the Northern District of Ga | 07/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

1721 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
> checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | District Court Judge | United States District Court of the Northern District of Georgia |
| 2. | Trustee and Vice-President of Outreach | Georgia 4-H Foundaion |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002-2018 | I am vested in the state retirement system for appellate judges of the State of Georgia. I will draw a monthly pension when I turn 65. Pension is 75% of pay. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, II, William M. | 07/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employment income from private practice as a psychologist |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University School of Law - Law & Economics Center | April 25 - 26, 2019 | Arlington, Virginia | First Annual Antonin Scalia Forum. 1 1/2 hour lecture on Justice Scalia. | Hotel room, meals and air transportation. |
| 2. | George Mason University School of Law - Law & Economics Center | June 27 - 30, 2019 | Beaver Creek, Colorado | Workshop on the Economics of Environmental Law and Policy. 12 hours of instruction. | Hotel room, meals, and air and ground transportation. |
| 3. | George Mason University School of Law - Law & Economics Center | December 7 - 14, 2020 | Honolulu, Hawaii | Economics: From Classroom to Courtroom. 25.50 hours of instruction. | Hotel room, meals, and air transportation. |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, II, William M.** | 07/14/2020 |

5. _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, II, William M.** | 07/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Southwest VISA Card | Revolving credict card | K |
| 2. | American Express | Revolving credit card | J |
| 3. | Lightstream | Loan for home improvments (not a mortgage or line of credit - unsecured). | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, II, William M.** | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. American Century Inv. IRA Select Mutual Fund (TWCIX) | B | Dividend | L | T | | | | | |
| 2. Enpower Reitrement Plans | | | | | | | | | |
| 3. -Enpower American Funds 2030 Target (RFETX) | A | Dividend | | | Distributed | 01/14/19 | L | | |
| 4. -Gwinnett Stable Value Fund | A | Dividend | | | Distributed | 01/14/19 | J | | |
| 5. Fidelty IRA (FCNTX) | B | Dividend | K | T | | | | | |
| 6. Vanguard IRA | | | | | | | | | |
| 7. -Vanguard Growth and Income Fund (VGIAX) | A | Dividend | | | Distributed | 01/29/19 | L | | |
| 8. -Vanguard Stategic Equity Fund (VSEQX) | A | Dividend | K | T | Distributed (part) | 08/13/19 | K | | |
| 9. -Vanguard 500 Index Fund (VFIAX) | C | Dividend | M | T | | | | | |
| 10. T. Rowe Price IRA | | | | | | | | | |
| 11. -T Rowe Price Equity Income Fund (PRFDX) | C | Dividend | K | T | | | | | |
| 12. -T Rowe Price Growth Stock Fund (PRGFX) | A | Dividend | K | T | | | | | |
| 13. Suntrust Bank Checking and Savings | A | Interest | K | T | | | | | |
| 14. Vanguard Star Fund | A | Dividend | | | Distributed | 07/31/19 | J | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, II, William M. | 07/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. I am vested in the State of Georgia retirement plan (ERS) for appellate judges. Given that I am now retired from service to the State of Georgia, at the age of 65, I will begin to draw a pension that will be 75% of the salary that active judges on the Court of Appeals receive each month.

2. The Vanguard Growth and Income Account actually had two transactions. The first transaction occurred on January 29, 2019 and the second occured on August 13, 2019. After the last transaction, this fund was fully redeemed. These redemptions were to pay for college expenses for three sons who were in school, as well as some household expenses.

3. I owned two homes or real properties during 2019: my primary residence in the Atlanta area and a second, vacation home which is also located in Georgia. The combined value of the two homes is less than $1,000,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ William M. Ray, II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544